USDNY
DOCUMENT
ELECTR...
...C #
FILED
7/17/08

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTO RIGATUSO a/k/a SANTO GOLD, | Civil Action No. 08 Civ. 5475 (RJS)

    Plaintiff,

    v.

**STIPULATION**

SANTI WHITE a/k/a SANTOGOLD,
DOWNTOWN MUSIC, L.L.C., and LIZARD
KING RECORDS, INC.,

    Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiff Santo Rigatuso a/k/a Santo Gold and defendants Santi White a/k/a Santogold, Downtown Music, L.L.C., and Lizard King Records, Inc., that the defendants' time to move, answer or otherwise respond to the complaint in the above-referenced action shall be extended until August 15, 2008.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile copies shall be deemed originals.

There have been no prior requests for extensions.

1893079.1

legal signature page

DATED: New York, New York
July 10, 2008

| THE LUSTIGMAN FIRM, P.C. | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: *Jill Abitbol* (signature)<br>Jill L. Abitbol<br>149 Madison Avenue, Suite 805<br>New York, NY 10016<br>Telephone: (212) 683-9180<br>Facsimile: (212) 683-9181 | By: *Christine Lepera* (signature)<br>Christine Lepera<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028<br>Telephone: (917) 546-7703<br>Facsimile: (917) 546-7673 |
| *Attorneys for Plaintiff Santo Rigatuso a/k/a Santo Gold* | *Attorneys for Defendants Santi White a/k/a Santogold and Lizard King Records, Inc.* |

MANATT, PHELPS & PHILLIPS, LLP

By:_____
Robert A. Jacobs
7 Times Square, 22nd Floor
New York, New York 10036
Telephone: (212) 790-4550
Facsimile: (212) 790-4545

*Attorneys for Defendant Downtown Music, L.L.C.*

SO ORDERED:

_____
U.S.D.J.

2

1893079.1

DATED: New York, New York
July 10, 2008

THE LUSTIGMAN FIRM, P.C.

By: _____
    Jill L. Abitbol
    149 Madison Avenue, Suite 805
    New York, NY 10016
    Telephone: (212) 683-9180
    Facsimile: (212) 683-9181

*Attorneys for Plaintiff Santo Rigatuso a/k/a Santo Gold*

MITCHELL SILBERBERG & KNUPP LLP

By: *Christine Lepera* (jt)
    Christine Lepera
    12 East 49th Street, 30th Floor
    New York, New York 10017-1028
    Telephone: (917) 546-7703
    Facsimile: (917) 546-7673

*Attorneys for Defendants Santi White a/k/a Santogold and Lizard King Records, Inc.*

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Robert A. Jacobs
    7 Times Square, 22nd Floor
    New York, New York 10036
    Telephone: (212) 790-4550
    Facsimile: (212) 790-4545

*Attorneys for Defendant Downtown Music, L.L.C.*

SO ORDERED:

_____
U.S.D.J.

2

1893079.1