

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|18|08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTO RIGATUSO a/k/a SANTO GOLD,

        Plaintiff,

    v.

SANTI WHITE a/k/a SANTOGOLD,
DOWNTOWN MUSIC, L.L.C., and LIZARD
KING RECORDS, INC.,

        Defendants.

Civil Action No. 08 Civ. 5475 (RJS)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiff Santo Rigatuso a/k/a Santo Gold and defendants Santi White a/k/a Santogold, Downtown Music, L.L.C., and Lizard King Records, Inc., that the defendants' time to move, answer or otherwise respond to the complaint in the above-referenced action shall be extended until September 15, 2008.

    The parties agree that defendants shall not raise in this action, as a defense or otherwise, an argument that plaintiff has delayed the prosecution of this action by entering into an agreement with the defendants to extend their time to answer, move or otherwise respond to the complaint.

    The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile copies shall be deemed originals.

    The parties have agreed to one prior extension.

1893079.2

DATED: New York, New York
      August 14, 2008

THE LUSTIGMAN FIRM, P.C.

By: _____
    Jill L. Abitbol
    149 Madison Avenue, Suite 805
    New York, NY 10016
    Telephone: (212) 683-9180
    Facsimile: (212) 683-9181

*Attorneys for Plaintiff Santo Rigatuso a/k/a Santo
Gold*

MITCHELL SILBERBERG & KNUPP LLP

By: _____
    Howard H. Weller
    12 East 49th Street, 30th Floor
    New York, New York 10017-1028
    Telephone: (917) 546-7707
    Facsimile: (917) 546-7677

*Attorneys for Defendants Santi White a/k/a
Santogold, Downtown Music, L.L.C. and
Lizard King Records, Inc.*

SO ORDERED:

No further extensions will be granted absent compelling circumstances.

_____
U.S.D.J.
8/15/08

2

1893079.2