UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/09

SANTO RIGATUSO a/k/a SANTO GOLD,

Plaintiff,

-v-

SANTI WHITE a/k/a SANTOGOLD, *et al.*,

Defendants.

No. 08 Civ. 5475 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter dated June 2, 2009, as well as Defendants' letter dated June 3, 2009.

Plaintiff requests that the Court order that Defendant White's deposition take place June 9, 2009, or, in the alternative, that the Court allow an extension of the discovery period beyond June 26, 2009. IT IS HEREBY ORDERED that those requests are denied.

IT IS FURTHER ORDERED that, pursuant to Defendants' request, the parties are directed to contact Magistrate Judge Pitman forthwith to schedule a settlement conference.

SO ORDERED.

Dated: June 3, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE